UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.

Case No. 25-cv-07709-RS

**ORDER DENYING MOTION TO RECONSIDER AND AMENDED IFP APPLICATION, SETTING NEW DEADLINE FOR PAYMENT OF FILING FEE, AND SUSPENDING PROCEEDINGS ON MOTION TO DISMISS**

Pro se plaintiff Sergey Firsov has filed nearly 20 actions in this district, most of which name airlines as defendants, and all of which have been commenced in 2025. In this one, Firsov complains American Airlines improperly charged him $150 to carry his dog in the cabin on a domestic flight that he contends was a continuation of an international flight for which he had already paid a pet fee. It appears Firsov's applications to proceed *in forma pauperis* have been denied in all, or nearly all, the other cases. *See L.F. v. Church of Scientology of Silicon Valley*, No. 25-cv-03265-SVK, ECF 16 at 6–7 (collecting cases where Firsov's IFP applications have been denied.)

The magistrate judge to whom this action was initially assigned denied Firsov's IFP application and ordered him to pay the full filing fee no later than November 7, 2025. Dkt. No. 6. Firsov's pending motion for reconsideration of that order, Dkt. No. 11, filed without leave in contravention of Civil Local Rule 7-8, is without merit, even overlooking its procedural impropriety. It is therefore denied, as is Firsov's subsequent "amended"

IFP application, Dkt. No. 18.

Given that Firsov may have believed his further efforts to obtain IFP status relieved him from the obligation to pay the full filing fee by November 7, 2025, that deadline is hereby extended to November 14, 2025. If Firsov fails to pay the full filing fee by that date, this action will be dismissed without prejudice, without further notice.

Further briefing of the pending motion to dismiss, Dkt. No. 7, is suspended, and the hearing set for November 20, 2025, is vacated. In the event Firsov pays the filing fee, a further scheduling order regarding the motion to dismiss will issue.

Firsov's purported motion filed at Dkt. No. 12 is terminated, as it does not represent request for relief properly presented by motion. The argument presented—i.e., that the motion to dismiss improperly relies on extrinsic matter—will be considered if and when the motion to dismiss is adjudicated.

**IT IS SO ORDERED**.

Dated: October 29, 2025

_____
RICHARD SEEBORG
Chief United States District Judge