UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

          Plaintiff,

    v.

AMERICAN AIRLINES, INC.,

          Defendant.

Case No.  25-cv-07709-RS

**ORDER DISMISSING ACTION**

The complaint in this action was dismissed, with leave to amend, although the dismissal order observed it appeared unlikely plaintiff would have a good faith basis to amend. See Dkt. 31. Plaintiff was advised that if he elected not to amend by February 27, 2026, the action would be dismissed without further notice. Plaintiff has filed no amended complaint or other response. Accordingly, the action is dismissed, and the Clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: March 3, 2026

RICHARD SEEBORG
Chief United States District Judge